IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-cr-490-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ROBERT STEPHEN LUX,

    Defendant.

---

### INDICTMENT

Counts 1 through 4: 18 U.S.C. § 472 – Uttering and Passing Counterfeit Obligations or Securities
Counts 5 through 46: 18 U.S.C. § 474 – Possession of a Digital or Electronic Image of Obligations or Securities
Count 47: 18 U.S.C. § 476 – Making an Impression and Tool used for Obligations or Securities

---

### COUNT 1

The Grand Jury charges that:

On or about September 21, 2018, in the State and District of Colorado, ROBERT STEPHEN LUX, defendant herein, together with others known and unknown not named herein, with intent to defraud, did pass, utter, and publish; and, did attempt to pass, utter, and publish to Kohl's located at 4800 Milestone Lane, Castle Rock, Colorado, a falsely made, forged, and counterfeited obligation or other security of the United States, to wit: counterfeit Federal Reserve Notes (U.S. currency) in the denomination of one hundred dollars, which the defendant then knew to be falsely made, forged and counterfeited; and further, ROBERT STEPHEN LUX,

defendant herein, together with others known and unknown not named herein, did knowingly and intentionally aid, abet, counsel, command, induce and procure another's participation in the commission of said offense.

All in violation of Title 18, United States Code, Sections 472 and 2.

## COUNT 2

The Grand Jury charges that:

On or about September 19, 2018, in the State and District of Colorado, ROBERT STEPHEN LUX, defendant herein, with intent to defraud, did pass, utter, and publish; and, did attempt to pass, utter, and publish to Best Buy located at 9363 Sheridan Boulevard, Westminster, Colorado, a falsely made, forged, and counterfeited obligation or other security of the United States, to wit: counterfeit Federal Reserve Notes (U.S. currency) in the denomination of one hundred dollars, with the serial numbers BM29368484L and LL68683932B, which the defendant then knew to be falsely made, forged and counterfeited.

All in violation of Title 18, United States Code, Section 472.

## COUNT 3

The Grand Jury charges that:

On or about September 15, 2018, in the State and District of Colorado, ROBERT STEPHEN LUX, defendant herein, with intent to defraud, did pass, utter, and publish; and, did attempt to pass, utter, and publish to Wal-Mart located at 9400 Ralston Road, Arvada, Colorado, a falsely made, forged, and counterfeited obligation or other security of the United States, to wit: counterfeit Federal Reserve Notes (U.S. currency) in the denomination of one hundred dollars, serial number BM29368484L, which the defendant then knew to be falsely made, forged and

counterfeited.

All in violation of Title 18, United States Code, Section 472.

## COUNT 4

The Grand Jury charges that:

On or about August 27, 2018, in the State and District of Colorado, ROBERT STEPHEN LUX, defendant herein, with intent to defraud, did pass, utter, and publish; and, did attempt to pass, utter, and publish to P.A. located in Colorado Springs, Colorado, a falsely made, forged, and counterfeited obligation or other security of the United States, to wit: counterfeit Federal Reserve Notes (U.S. currency) in the denomination of one hundred dollars, serial number BF44940758I, which the defendant then knew to be falsely made, forged and counterfeited.

All in violation of Title 18, United States Code, Section 472.

## COUNTS 5 through 46

The Grand Jury further charges that:

On or about September 21, 2018, in the State and District of Colorado, ROBERT STEPHEN LUX, defendant herein, did unlawfully and with intent to defraud, have in in his control, custody, and possession a digital and electronic image of an obligation or other security of the United States, to wit: counterfeit Federal Reserve Notes (U.S. currency), specifically set forth below and each of which constitutes a separate Count of this Indictment:

| Count | Denomination | Serial Number |
|---|---|---|
| 5 | $2 | L40347880A |
| 6 | $20 | ML12524673A |

| Count | Denomination | Serial Number |
|:---:|:---:|:---:|
| 7 | $20 | JK52075191A |
| 8 | $20 | JB59562188F |
| 9 | $50 | ML08009867A |
| 10 | $50 | JI14269365A |
| 11 | $20 | AC05653612F |
| 12 | $50 | AB56186706B |
| 13 | $20 | ML37016228H |
| 14 | $20 | MB32839113B |
| 15 | $20 | IF28261917G |
| 16 | $20 | MG47526751A |
| 17 | $20 | JD54830358C |
| 18 | $20 | JD89618825C |
| 19 | $20 | JB59562188F |
| 20 | $5 | MG15727185B |
| 21 | $5 | MI08831876A |
| 22 | $5 | IL35277952A |
| 23 | $5 | MF80189374B |
| 24 | $5 | JC15433573A |

| Count | Denomination | Serial Number |
|:-----:|:------------:|:-------------:|
| 25 | $5 | MJ24645438A |
| 26 | $10 | MD11710863B |
| 27 | $10 | MF23906362C |
| 28 | $10 | JC76857015A |
| 29 | $100 | HH76138685A |
| 30 | $100 | FB49440750B |
| 31 | $100 | FB49440754B |
| 32 | $100 | FB49440755B |
| 33 | $100 | FB49440757B |
| 34 | $100 | BF44940758I |
| 35 | $100 | KF24940758B |
| 36 | $20 | MB31690490C |
| 37 | $100 | LB98168194H |
| 38 | $100 | LB69834842M |
| 39 | $100 | KF24940758B |
| 40 | $100 | KB24940758K |
| 41 | $100 | KB24940750K |

| Count | Denomination | Serial Number |
|-------|--------------|---------------|
| 42    | $100         | KB00940758K   |
| 43    | $100         | KB94940758K   |
| 44    | $100         | TI84939322B   |
| 45    | $100         | BM29368484L   |
| 46    | $100         | LL68683932B   |

All in violation of Title 18 United States Code, Section 474.

## COUNT 47

The Grand Jury further charges that:

On or about September 21, 2018, in the State and District of Colorado, ROBERT STEPHEN LUX, defendant herein, without authority from the United States, did make an impression, stamp, and imprint of a tool, implement, and instrument, intended to be used in printing and stamping genuine obligations and securities of the United States, that is, Federal Reserve Notes (U.S. currency).

All in violation of Title 18, United States Code, Section 476.

A TRUE BILL

Ink Signature on file in Clerk's Office
FOREPERSON

ROBERT C. TROYER
United States Attorney


s/ Greg Holloway _____
By: GREG HOLLOWAY, WSBA #28743
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0406
Email: Gregory.Holloway@usdoj.gov
Attorney for the Government